**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice**

**Criminal Action No.:  05-022M**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**LINDA L. WILLIAMS,**

**Defendant.**

## ORDER

The Ex Parte Motion filed by the Defendant Linda L. Williams on November 21, 2005, titled "Motion to Dismiss the Misdemeanors Falsely Filed Against Linda L. Williams by the U.S. Forest Service" is DENIED.

The Defendant is directed to D.C. Colo.L.Cr.R. 57.2 which states that no party to any proceeding shall send pleadings or other papers or copies directly to a judicial officer.

DATED:  December 7, 2005             BY THE COURT:

/s/ Gudrun Rice

Gudrun Rice
United States Magistrate Judge