**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Gudrun Rice
United States Magistrate Judge**

**Criminal Action No. 05-po-00022-GJR**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**LINDA L. WILLIAMS,**

**Defendant.**

---

**AMENDED JURY TRIAL ORDER**

---

**THIS MATTER** came before the Court for arraignment on August 2, 2005. Pleas of not guilty were entered, and a jury trial was requested. The matter came back before the Court on December 29, 2005 for resetting of the trial date.

**IT IS HEREBY ORDERED** that this matter is set for a jury trial commencing at 9:00 a.m. on June 21, 2006 before Magistrate Judge Gudrun Rice at the Wayne Aspinall Federal Building and U.S. Courthouse, Courtroom 323, 400 Rood Ave., Grand Junction, Colorado 81501. Five days are reserved. The provisions of Fed. R. Crim. P. 16 shall be followed by the prosecution and the defense.

Motions hearings, if necessary, will be set as appropriate. Any motions shall be filed no later than February 15, 2006.

It is further ordered that a pretrial conference is set for June 13, 2006 at 2:00 p.m. at the Wayne Aspinall Federal Building and U.S. Courthouse, Courtroom 323, 400 Rood Ave., Grand Junction, Colorado 81501. Counsel may appear by phone.